# STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC
(A LIMITED LIABILITY COMPANY INCLUDING A PROFESSIONAL CORPORATION)

S. ARTHUR STERN (1927-1981)
EDWIN M. LAVINTHAL (1954-2005)

BENNETT M. STERN
JEANETTE F. FRANKENBERG
GARY K. NORGAARD †◻

JOHN O'BOYLE ◻
◻ Member, Gary K. Norgaard, PC

KNUCKLES & KOMOSINSKI†, P.C.
    Of Counsel

**COUNSELLORS AT LAW**

**184 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-3507**
**(201) 871-1333**
**Facsimile (201) 871-3161**

239 EISENHOWER PARKWAY, SUITE 300
P.O. BOX 1660
LIVINGSTON, NEW JERSEY 07039-1660
(973) 740-0700
Facsimile (973) 535-3951

220 WHITE PLAINS ROAD, 6TH FLOOR
TARRYTOWN, NEW YORK 10591

LAURA SCURKO
MICHAEL S. VARDILLI†
MARK S. WINTER †
FEI F. LAM ○
GEORGE M. PANGIS
KARL J. NORGAARD†
NICOLE M. CLARKE

† NJ & NY Bars
○ NJ, NY & PA Bars
◊ NJ & PA Bars

**PLEASE REPLY TO**
**ENGLEWOOD OFFICE**

July 14, 2010

**Via ECF**
Honorable Rosemary Gambardella
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07010

> Re:    **In re Jose Salazar and Altagracias Lozada**
>         **Case No. 10-22393 (RG)**

Dear Judge Gambardella:

This office represents the debtors herein Jose Salazar and Altagracia Lozada (collectively the "Debtors"), in connection with the subject Chapter Thirteen Bankruptcy case. After a detailed review of their financial and business situation, the Debtors decided not to proceed with this case. Therefore, my office will not be filing supplemental schedules or a Chapter Thirteen Plan.

The Court scheduled a hearing, now adjourned to the July 21, 2010, with respect to the Debtors' correspondence relating to their prior counsel.  It is our understanding at this time that the Debtors intend to appear at that hearing.  If we learn of any change with respect to this hearing, my office will contact the Court

Very truly yours,

/s/ John O'Boyle
John O'Boyle

Cc:    Marie-Ann Greenberg, Chapter Thirteen Trustee
        Clients

j:\worddoc\2010\10n452 salizar & lozada\correspondence\2010-7-12 ltr judge regarding clients' intentions.doc