*Order Filed on*
**07/16/2010**
*by Clerk U.S. Bankruptcy*
*Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal, Frankenberg & Norgaard, LLC<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Telecopier No. (201) 871-3161<br><br>By:   Gary K. Norgaard, Esq.<br>         GN - 9243 | |
| In Re:<br><br>Jose Salazar and Altagracia Lozada,<br><br>     Debtors. | Case No.:  10-22393<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Hon. Rosemary Gambardella |

### ORDER AUTHORIZING RETENTION OF ATTORNEYS FOR DEBTORS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 07/16/2010**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Case Name:   In re Jose Salazar and Altagracia Lozada, Debtors
Caption Name: ORDER AUTHORIZING RETENTION OF ATTORNEYS FOR DEBTORS

---

THIS MATTER, having been opened to the Court by Stern, Lavinthal, Frankenberg & Norgaard, LLC, proposed attorneys for the debtors herein, upon the Application for Retention of Attorney for the Debtors, and it appearing from the Verified Application that the firm of Stern, Lavinthal, Frankenberg & Norgaard, LLC represents no interest adverse to the debtors or the estate and the employment is necessary and would be in the best interest of this estate, and good cause appearing for the making hereof,

ORDERED, that the debtors be and are hereby authorized to retain the law firm of Stern, Lavinthal, Frankenberg & Norgaard, LLC as attorneys to represent them under a general retainer as of the date of filing in the within proceedings under Chapter 13 of the Bankruptcy Code, with compensation to be fixed by the Court.

*Approved by Judge Rosemary Gambardella   July  16, 2010*